*E-FILED - 6/12/08*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT A. CHESTRA, )<br>           Petitioner,          )<br>   vs.                                    )<br>DARREL ADAMS,              )<br>           Respondent.        )<br>_____) | No. C 06-2497 RMW (PR)<br><br>**JUDGMENT** |

    The court having denied the instant petition for writ of habeas corpus on the merits, judgment is hereby entered in favor of respondent. The clerk shall close the file.

**IT IS SO ORDERED.**

DATED: 6/6/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\pro-se\sj.rmw\hc.06\Chestra497.jud.md